UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
February 04, 2020
David J. Bradley, Clerk

Mario Rodriguez, §
    Plaintiff, §
   §
v. §    Civil Action H-19-4034
   §
Ocean Harbor Casualty Insurance Co., §
    Defendant. §

## Order of Adoption

On January 16, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (9) recommending that the court deny Rodriguez's motion to remand. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed February 4, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge