| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
March 22, 2021
Nathan Ochsner, Clerk

Mario Rodriguez, §
    Plaintiff, §
§
v. §     Civil Action H-19-4034
§
Ocean Harbor Casualty §
Insurance Company, §
    Defendant. §

## Order of Adoption

On March 3, 2021, Magistrate Judge Peter Bray recommended that the court grant Ocean Harbor Casualty Insurance Company's motion for summary judgment. (26) Neither party filed objections. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on March 22, 2021.

_____
Lynn N. Hughes
United States District Judge